853 A.2d 233

IN THE MATTER OF TERRY J. FINKELSTEIN, AN ATTORNEY AT LAW (ATTORNEY NO. 015241985).

July 27, 2004.

## O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 03–362, concluding that **TERRY J. FINKEL-STEIN** of **EAST BRUNSWICK**, who was admitted to the bar of this State in 1985, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), and *RPC* 1.8(b) (conflict of interest), and good cause appearing;

It is ORDERED that **TERRY J. FINKELSTEIN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.